June 5, 2017

FILED
CLERK

2017 JUN -5  PM 4: 09

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Marc P. Agar, Executor
Estate of Mildred G. Agar
c/o Andrea S. Klawsky
1189 E. 8th Street
Brooklyn, NY 11230


Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4 F
Brooklyn, New York 11201


RE: Agar vs. AdvantageCare Physicians, et al.
Civil Docket No: 16-CV-01438-PKC-RER


Honorable Judge Chen:


Pertaining to your order of May 26, 2017, I am actively seeking counsel. I am hopeful I can conclude the hiring process by June 19th, the set deadline date.

Should I need more time, I wanted to alert you well in advance of June 19, 2017, that I may have a conflict that could make it difficult for me to complete the hiring process. You may be aware that I am a professional baseball agent and, similar to tax accountants, we agents have schedules that require condensed hours of time at different periods of the calendar year. One such period of time is approaching and involves the drafting of amateur and collegiate baseball players from their respective high schools and colleges.

The period begins on June 12th, the first day of the Major League Baseball draft, and runs through July 7th, the final day to negotiate and sign contracts for drafted players. While it is premature to know if the attorney hiring process will be completed by June 19th, it is appropriate now to give an ample indication that I may run into difficulties. Meanwhile, I will keep you well informed on my progress in the hiring of counsel.

Thank you,

Marc P. Agar, Executor
Estate of Mildred G. Agar
Agar vs. AdvantageCare Physicians, et al.

cc: All Defendants via U.S. Mail

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, a true and correct copy of the foregoing June 5th letter to Judge Pamela K. Chen, was mailed at the United States Postal Service via first class mail, postage prepaid, to the following:

Joseph T. Pareres, Esq.
James F. Scaffidi, Esq.
Rachel H. Poritz, Esq.
Silverson, Pareres & Lombardi LLP
192 Lexington Avenue, 17th Floor
New York, NY 10016
Russell T. McHugh, Esq.
Lawrence, Worden, Rainis & Bard, P.C.
225 Broad Hollow Road, Suite 105E
Melville, NY 11747
Jacqueline Mandell, Esq.
David A. Beatty, Esq.
Kaufman, Borgeest & Ryan LLP
200 Summit Lake Drive, Floor 1
Valhalla, NY 10595
Kevin M. Loftus, Esq.
Elizabeth Holmes, Esq.
O'Connor McGuinness Conte Doyle Oleson Watson & Loftus, LLP
One Barker Avenue, Suite 675
White Plains, NY 10601-1517
Rosemary Cinquemani, Esq.
Kerley, Walsh, Matera & Cinquemani, P.C.
2174 Jackson Avenue
Seaford, NY 11783
David W. Allen, Esq.
Furey, Furey, Leverage, Manzione, Williams & Darlington, P.C.
600 Front Street
Hempstead, NY 11550-4494
Karen Hauss, Esq.
Kenneth M. Dalton, Esq.
Vaslas, Lepowsky, Hauss & Danke, LLP
201 Edward Curry Avenue, Suite 100
Staten Island, NY 10314
Annemarie S. Jones, Esq.
Lewis Johs Avallone Aviles, LLP
One CA Plaza, Suite 225
Islandia, NY 11749
Juan C. Gonzalez, Esq.
Krista M. Tenney, Esq.
Rubin Sheeley Paterniti Gonzalez Kaufman LLP

420 Lexington Avenue, Suite 1820
New York, NY 10017
Carlos G. Manalansan, Esq.
EmblemHealth, Inc.
Legal Department
55 Water Street, 13th Floor (Room 13F 15)
New York, NY 10041
Carlos G. Manalansan, Esq.
EmblemHealth, Inc.
Legal Department
55 Water Street, 13th Floor (Room 13F 15)
New York, NY 10041
Rafael Vergara, Esq.
White & Williams, LLP
7 Times Square, Suite 2900
New York, NY 10036
David Rabinowitz, Esq.
Lauren Mack, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
Rosaleen T. McCrory, Esq.
Martin Clearwater & Bell LLP
90 Merrick Avenue
East Meadow, NY 11554
Sunrise Third East Meadow SL, LLC
c/o CT Corporation System
111 Eighth Avenue, 13th Floor
New York, NY 10011

                                            *Marc P. Agar* 6/5/17
                                 Marc P. Agar, Executor of the
                                 Estate of Mildred G. Agar
                                 c/o Andrea S. Klawsky
                                 1189 E. 8th Street
                                 Brooklyn, NY 11230
                                 (619) 857-1970
                                 E-mail: mpagar@hotmail.com